UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP ROGERS,<br><br>        Petitioner,<br><br>      v.<br><br>R. GROUNDS,<br><br>        Respondent. | Case No. CV 16-901 JC<br><br>JUDGMENT |

    Pursuant to this Court's Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus and Dismissing Action, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

    IT IS SO ADJUDGED.

DATED: May 11, 2017

                                          /s/
                                  Honorable Jacqueline Chooljian
                                  UNITED STATES MAGISTRATE JUDGE